IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02757-NRN

BRIAN IVAN SOLANO TELLEZ,

Petitioner,

v.

GEORGE VALDEZ, Acting Director, Denver Field Office, Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, Acting U.S. Attorney General; Executive Office for Immigration Review;
MOHAMED BENNANI, Warden of GEO Group Aurora ICE Processing Center,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 13] of Magistrate Judge N. Reid Neureiter entered on July 9, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1). It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 28th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ M. Smotts
Deputy Clerk